IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF THE PETITION OF JERMAINE CARTER FOR A WRIT OF MANDAMUS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 174, 2022<br><br>Court Below–Superior Court<br>of the State of Delaware<br><br><br>Cr. ID No. 0810013184 (N) |

Submitted: July 12, 2022
Decided: July 18, 2022

## ORDER

On June 29, 2022, the Chief Deputy Court Clerk issued a notice, sent by certified mail, directing the appellant, Jermaine Carter, to show cause why his appeal should not be dismissed for his failure to pay the Supreme Court filing fee or file a motion to proceed *in forma pauperis*. Carter received the notice on July 1, 2022. A timely response to the notice to show cause was due on or before July 11, 2022. To date, Carter has not paid the Supreme Court filing fee, filed a motion to proceed *in forma pauperis*, or responded to the notice to show cause. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice